PROB 12B
ED/AR (12/2012)

# United States District Court

for the

Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 24 2016

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Christopher Shawn Cambalik | Case Number: | 4:16CR00096-001 |

Name of Sentencing Judicial Officer:  Honorable Ann Aiken
United States Chief District Judge

Honorable Susan Webber Wright
United States District Judge
Jurisdiction transferred on May 11, 2016

Original Offense: Possession of a Stolen Firearm

Date of Sentence: July 30, 2015

Original Sentence: 60 months probation

| Type of Supervision: Probation | | Date Supervision Commenced: | July 30, 2015 |
|---|---|---|---|
| | | Date Supervision Expires: | July 29, 2020 |
| U. S. Probation Officer: Emilienne Ngampa | Asst. U.S. Attorney: Ali Ahmad | Defense Attorney: | To be appointed |

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒  To modify the conditions of supervision as follows:

Remove:
**The defendant shall adhere to a 10:0 PM curfew everyday unless excused by the probation officer for employment and employment travel obligations.**

## CAUSE

The defendant has been on probation since July 30, 2015. He has maintained employment with Delta Radio Network since February 1, 2015. He is current on his restitution payment and has completed 264 hours of the 300 hours of community service ordered. The defendant scored low on the Post-Conviction Risk Assessment (PCRA) tool and meets the requirements for low intensity supervision. Based on his progress on supervision and his low risk score, it is respectfully requested that the conditions be modified to remove curfew.

Prob 12B — - 2 - — Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Christopher Shawn Cambalik       Case Number: 4:16CR00096-001

_____        _____
Emilienne Ngampa                       Ali Ahmad
U.S. Probation Officer                 Assistant U.S. Attorney

Date: May 20, 2016                     Date: 6-1-16

Approved by:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

6-24-2016
Date

c: Assistant U.S. Attorney, Ali Ahmad